**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

THE GOLUB CORPORATION, FAREWAY
STORES, INC., ALEX LEE, INC., MARC
GLASSMAN, INC., AND BROOKSHIRE
GROCERY COMPANY

        Plaintiffs,

        v.

KEURIG GREEN MOUNTAIN, INC.,
GREEN MOUNTAIN COFFEE ROASTERS,
INC.; AND KEURIG, INCORPORATED

        Defendants.

Civil Action No. _____

**Rider to Summons in a Civil Action**

<u>Defendants</u>:

1. Keurig Green Mountain, Inc.
   c/o CT Corporation System
   111 Eighth Avenue
   New York, New York 10011

2. Green Mountain Coffee Roasters, Inc.
   33 Coffee Lane
   Waterbury, Vermont 05676

3. Keurig, Incorporated
   55 Walkers Brook Drive
   Reading, MA 01867